Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERMAINE LARON GORE, <br><br> Defendant. | NO.   CR06-5722RBL <br><br> ORDER CONTINUING GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

IT IS HEREBY ORDERED that the Government's response to the defendant's motion to suppress evidence shall be due no later than March 26, 2007.

IT IS SO ORDERED this 26th day of March, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:


s/ Kent Y. Liu
KENT Y. LIU
Special Assistant United States Attorney

s/ Russell Leonard (Per telephonic approval)
RUSSELL LEONARD
Attorney for Jermaine Gore

ORDER/GORE - 1